IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS N. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-11-225-C |
| ) | |
| JUSTIN JONES, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER AFFIRMING REPORT AND RECOMMENDATION

The Supplemental Report and Recommendation, filed December 20, 2011, recommends dismissal of the final defendant for lack of service. Fed. R. Civ. P. 4(m). Plaintiff has objected to the Supplemental Report and Recommendation, questioning dates indicated on the necessary paperwork, but raising no independent factual or legal argument in opposition to the conclusions of the Magistrate Judge. The Court finds that the Supplemental Report and Recommendation states the law and the facts accurately and that dismissal is warranted.

Accordingly, for the reasons stated in the Supplemental Report and Recommendation dated December 20, 2011 (Dkt. No. 68), Plaintiff's action against Defendant Garza is dismissed without prejudice. This disposes of all defendants in the case and a judgment will enter.

IT IS SO ORDERED this 13th day of January, 2012.

ROBIN J. CAUTHRON
United States District Judge